JS-6

Los Angeles Superior Court
Southwest District
Case no. VC056739

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CELESTE MARISOL ARELLANO, A Minor, by and through her Guardian Ad Litum, Alida Valle,<br><br>Plaintiff<br><br>v.<br><br>NEIL C. JOUVENAT, M.D., WHITTIER HOSPITAL MEDICAL CENTER, UNITED STATES OF AMERICA and DOES 2 through 100,<br><br>Defendants | Case No. CV11-06627 GW (FFMx)<br><br>**ORDER DISMISSING DEFENDANT UNITED STATES AND REMANDING CASE**<br><br>[F.R.C.P. 41(a)(2)]<br><br>Hon. George H. Wu |

The parties having filed a Stipulation dismissing Defendant United States of America,

IT IS HEREBY ORDERED THAT defendant United States of America be dismissed from the above-captioned action without prejudice, each party to bear their own costs and fees.

IT IS HEREBY FURTHER ORDERED that the above-captioned action between plaintiff and defendants NEIL C. JOUVENAT, M.D., WHITTIER HOSPITAL MEDICAL CENTER, and DOES 2 through 100 be remanded to the Superior Court of the State of California, County of Los Angeles, Southeast District.

DATED: September 18, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE